Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Crystal L. Oetzel*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Crystal L. Oetzel,<br><br>              Plaintiff,<br>v.<br><br>Constar Financial Services, LLC,<br><br>              Defendants. | Case No.: 2:16-cv-02796-RFB-NJK<br><br>**Stipulation of Dismissal of Defendant Constar Financial Services, LLC** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Chrystal L. Oetzel ("Plaintiff") and Defendant Constar Financial Services, LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's individual claims against Defendant and dismiss without prejudice the class allegations against Defendant in this matter only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 13th day of September 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ALVERSON TAYLOR MORTENSEN, ET AL**

By: /s/ Trevor Waite
Kurt R. Bonds, Esq.
Trevor Waite, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
*Attorneys for Defendant*
*Constar Financial Services, LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated: September 18, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 13, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148